UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
*EX REL* MICHAEL GREENWALD, DDS                          NO. 3:10cv1100(JBA)

VS.

KOOL SMILES DENISTRY, PC
KOOL SMILES DENTISTRY-2 PC                                FEBRUARY 6, 2018

**NOTICE OF APPEARANCE**

TO:  THE CLERK OF COURT AND ALL PARTIES OF RECORD

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

KOOL SMILES DENTISTRY PC
KOOL SMILES DENTISTRY 2 PC
DPMS INCORPORATED
NCDR LLC
HAROLD PARK
JOSHUA MARTIN
KS AZ-1 PC
KS AZ-2 PC
KS AZ-3 PC
KS AZ-4 PC
KOOL SMILES PTC
KOOL SMILES GAFP PC
KOOL SMILES ACQUISITION CORPORATION
KOOL SMILES HOLDING CORPORATION
FRIEDMAN, FLEISCHER & LOWE GP LLC
JOSEPH MELLO
DAVID LOWE
AARON MONEY AKA AARON SILVER
TULLY FRIEDMAN
NIEH SHUN-YU AKA NIEH SHUN-YU
DALE MAYFIELD
TU TRAN
PAUL WALKER
S THOMAS NANCE
WILLIAM BRODY
DOUGLAS BROWN
KEVIN MILLER
BRIAN BOUMA

        */s/ Jonathan J. Einhorn*
        JONATHAN J. EINHORN
        129 WHITNEY AVENUE
        NEW HAVEN, CT 06510
        FEDERAL BAR ct 00163
        EINHORNLAWOFFICE@GMAIL.COM
        PHONE:  203-777-3777
        FAX: 203-782-1721

    I hereby certify that on this 6th day of February, 2018 a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

        /s/ *Jonathan J. Einhorn*
        JONATHAN J. EINHORN