UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United State of America ex rel. | ) | |
| Michael M. Greenwald, DDS | ) | |
| | ) | No. 2.10CV1100 (JBA) |
| v. | ) | |
| | ) | |
| Kool Smiles Dentistry, PC | ) | March 2, 2018 |
| Kool Smiles Dentistry-2 PC | ) | |

## NOTICE OF APPEARANCE OF MARK W. PEARLSTEIN

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

    I am authorized to practice in this Court on a *pro hac vice* basis, pursuant to this Court's Order dated February 22, 2018. My bar number in this Court is phv05377. I appear in this case on behalf of the Defendants.

March 2, 2018                                          Respectfully submitted,

/s/ Mark W. Pearlstein
Mark W. Pearlstein, Esq. (pro hac vice, bar number phv05377)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109
Telephone: 617-535-4000
Email: mpearlstein@mwe.com

*Counsel for Defendants*

    I hereby certify that on this 2nd day of March, 2018, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Mark W. Pearlstein
MARK W. PEARLSTEIN

DM_US 89391279-1.089809.0011