SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is entered into among the United States of America, acting through the United States Department of Justice and on behalf of the Office of Inspector General (OIG-HHS) of the Department of Health and Human Services (HHS) and the Defense Health Agency (DHA), acting on behalf of the TRICARE Program (collectively, the "United States"); Adam Abendano, Michael M. Greenwald, Poonam Rai, Robin Fitzgerald, Christina Bowne, Loren D. Alves, Philip M. Lin, and Nicole Winston (collectively "Relators"); and Benevis, LLC, formerly known as NCDR, LLC, and its affiliated Kool Smiles dental clinics identified herein, through their authorized representatives. All entities above will be referred to collectively as "the Parties."

RECITALS

A.     Benevis, LLC, formerly known as NCDR, LLC ("Benevis"), is a private company that provides non-clinical practice support services to dentists and dental clinics throughout the United States, including, but not limited to, providing services relating to the management of clinic finances and administration. Since approximately 2002, Benevis has provided non-clinical practice support to Kool Smiles dental clinics located throughout the United States, including the 133 Kool Smiles clinics identified in Exhibit A to this Agreement (the "Subject Kool Smiles Clinics"), which were in operation during the period January 1, 2009 through December 31, 2011. The Subject Kool Smiles Clinics are independently owned by professional corporations that are each owned by licensed dentists. At all relevant times, the Subject Kool Smiles Clinics provided dental care to children and some adults, including beneficiaries covered by the Medicaid Program, 42 U.S.C. §§ 1396-1396w-5 ("Medicaid") and the TRICARE Program, 10 U.S.C. §§ 1071-1110b ("TRICARE").

B.      Relators have filed the following actions against Benevis and the Subject Kool

Smiles Clinics pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)

and, as applicable, various state false claims acts and analogous state statutes, as well as claims

for retaliation (collectively, the "Civil Actions"):

(i)   *United States, et al., ex rel. Abendano v. NCDR, LLC, et al.,* 3:10-cv-1100 (JBA)
(D. Conn.)

(ii)  *United States, et al., ex rel. Greenwald v. Kool Smiles Dentistry PC, et al.*, 3:10-
cv-1100 (JBA) (D. Conn.)

(iii) *United States, et al., ex rel. Rai, et al. v. Kool Smiles Dentistry PC, et al.*, 3:17-cv-
834 (JBA) (D. Conn.)

(iv)  *United States, et al., ex rel. Bowne v. KS-VAP, PC, et al.*, 3:16-cv-369 (JBA) (D.
Conn.)

(v)   *United States, et al., ex rel. Alves, et al. v. NCDR, LLC, et al.*, SA-13-CV-0760H
(W.D. Tex.)

C.      The United States contends that Benevis and the Subject Kool Smiles Clinics

have submitted or caused to be submitted claims for payment to Medicaid and TRICARE.

D.      Benevis and the Subject Kool Smiles Clinics have entered or will be entering into

separate settlement agreements, described in Paragraph 1.b., below, with certain states and the

District of Columbia (collectively, "Medicaid Participating States").

E.      The United States contends that it has certain civil claims against Benevis and

the Subject Kool Smiles Clinics, jointly and severally, arising from the following conduct

occurring from January 1, 2009 through December 31, 2011 (hereinafter referred to as the

"Covered Conduct"):

1.      The United States alleges that Benevis and the Subject Kool Smiles Clinics

knowingly submitted false claims to Medicaid and TRICARE for placement of stainless steel

crowns on pediatric patients in cases when stainless steel crowns were not medically

necessary.  Such claims include, but are not limited to, stainless steel crowns placed on primary

2

teeth that were likely to exfoliate on their own without intervention or stainless steel crowns placed on teeth when no pain was reported. The United States further alleges that dentists at the Subject Kool Smiles Clinics placed stainless steel crowns on children's teeth when other less costly and less intensive treatment options were available and clinically appropriate. Finally, the United States alleges that, prior to 2010, Benevis and the Subject Kool Smiles Clinics lacked adequate audit processes to prevent overutilization.

2.    The United States alleges that Benevis and the Subject Kool Smiles Clinics knowingly submitted false claims to Medicaid and TRICARE for tooth extractions and coronal remnant extractions that were not medically necessary, including, but not limited to, extractions of primary teeth that were likely to exfoliate naturally on their own. Further, the United States alleges Benevis and the Subject Kool Smiles Clinics knowingly submitted false claims to Medicaid and TRICARE for higher-paying extraction procedure codes when, in fact, less-costly simple extraction or coronal remnant extraction procedure codes were applicable. As early as 2009, Benevis and the Subject Kool Smiles Clinics had undertaken internal audits that uncovered "serious deficiencies" with the billing codes used by treating dentists who were consistently using incorrect, higher-paying billing codes when seeking reimbursement for less-expensive coronal remnant extractions.

3.    The United States alleges that Benevis and the Subject Kool Smiles Clinics knowingly submitted false claims to Medicaid and TRICARE for pulpotomies, also known as "baby root canals," performed on pediatric patients in cases when the procedures were not medically necessary, including, but not limited to, procedures performed on primary teeth that were likely to exfoliate naturally on their own. In other instances, pulpotomies were performed when other less costly and less intensive treatment options were available and clinically

3

appropriate.  Finally, in certain instances, Benevis and the Subject Kool Smiles Clinics submitted claims for pulpotomies that were not performed.

    4.      The United States alleges that Benevis and the Subject Kool Smiles Clinics engaged in conduct that resulted in the overutilization of procedures performed on pediatric patients, including:  (a) dentists working at the Subject Kool Smiles Clinics were eligible for productivity bonuses based on the revenue generated by the procedures they performed; (b) Benevis and the Subject Kool Smiles Clinics engaged in scheduling practices intended to maximize the total number of patient visits per day; (c) Benevis and the Subject Kool Smiles Clinics advised dentists to maximize "same-day care," which referred to performing additional procedures beyond those scheduled; (d)  Benevis and the Subject Kool Smiles Clinics routinely pressured and incentivized dentists to meet production goals through a system that disciplined "unproductive" dentists and awarded "productive" dentists with substantial cash bonuses; (e) Benevis distributed rankings and "office scorecards" to the Subject Kool Smiles Clinics to assess productivity and revenue goals; (f) Benevis and the Subject Kool Smiles Clinics terminated dentists who failed to meet productivity goals; and (g) at times, Benevis and the Subject Kool Smiles Clinics ignored complaints from their own dentists regarding overutilization.

    5.      The United States alleges that Benevis and the Subject Kool Smiles Clinics knowingly submitted false claims to the Texas Medicaid Program for First Dental Home (FDH) services that were not fully provided or otherwise provided in a manner that was not consistent with FDH requirements.  The FDH program is intended to provide a comprehensive package of dental services aimed at improving the oral health of children less than three years of age.  Pediatric dentists providing FDH services are required to meet with their pediatric patients and their caregivers and provide risks assessments, dental prophylaxis, oral hygiene instructions to caregivers, and application of topical fluoride, among other things.  Participating dentists are

required to maintain documentation sufficient to demonstrate that all required services were provided. The United States alleges that Benevis and the Subject Kool Smiles Clinics knowingly submitted claims for FDH services that were never provided or which were ineligible for reimbursement due to the failure to document required care.

      F.      Benevis and the Subject Kool Smiles Clinics deny the United States' allegations in Paragraph E, and deny all liability in connection with the five complaints identified in Paragraph B, above.

      G.      This Agreement is neither an admission of liability by Benevis and the Subject Kool Smiles Clinics nor a concession by the United States that its claims are not well founded.

      H.      Relators claim entitlement under 31 U.S.C. § 3730(d) and its state law analogs to a share of the proceeds of this Agreement and to Relators' reasonable expenses, attorneys' fees and costs. As set forth more fully below, Benevis and the Subject Kool Smiles Clinics reserve their right to contest, in whole or in part, any Relator's claim for expenses, attorneys' fees and costs under 31 U.S.C. § 3730(d) and its state law analogs on any and all available grounds.

      To avoid the delay, uncertainty, inconvenience, and expense of protracted litigation of the above claims, and in consideration of the mutual promises and obligations of this Agreement, the Parties agree and covenant as follows:

TERMS AND CONDITIONS

      1.      Benevis and the Subject Kool Smiles Clinics shall pay to the United States and the Medicaid Participating States the total sum of $23,900,000, plus interest accrued at the rate of 2% per annum from November 17, 2016, and continuing until and including the day before the final payment is made under this Agreement ("Settlement Amount"). Benevis and the Subject Kool Smiles Clinics agree that they are jointly and severally liable for the Settlement Amount, which shall be paid to the United States and the Medicaid Participating States as follows:

5

a.      Benevis and the Subject Kool Smiles Clinics shall pay to the United States the total sum of $14,244,073.49, plus accrued interest as set forth above ("Federal Settlement Amount"), by electronic funds transfer no later than December 29, 2017, pursuant to written instructions provided by the Civil Division of the United States Department of Justice.

b.      Benevis and the Subject Kool Smiles Clinics shall collectively pay to the Medicaid Participating States the total sum of $9,655,926.51, plus accrued interest ("State Settlement Amount"), pursuant to written instructions from the National Association of Medicaid Fraud Control Units ("NAMFCU") State Team and under the terms and conditions of the separate agreements that Benevis and the Subject Kool Smiles Clinics will enter into with the Medicaid Participating States.

2.      Conditioned upon the United States receiving the Federal Settlement Amount from Benevis and the Subject Kool Smiles Clinics, and as soon as feasible after receipt, the United States shall pay Relator Abendano the sum of $1,908,705.85, plus a pro rata share of the actual accrued interest paid to the United States, and the United States shall pay Relators Rai and Fitzgerald collectively the sum of $512,786.65, plus a pro rata share of the actual accrued interest paid to the United States. These payments will be made by electronic funds transfer pursuant to instructions to be provided by their respective counsel. No other relator share payments shall be made by the United States with respect to the matters covered by this Agreement. All Relators in the Civil Actions listed in Preamble B, above, represent that they will abide by the terms of any separate agreements they may have entered into with one or more of the other Relators concerning the allocation of the amounts paid by the United States to Relators Abendano, Rai, and Fitzgerald pursuant to 31 U.S.C. § 3730(d).

3.      Subject to the exceptions in Paragraph 5 (concerning excluded claims) below, and conditioned upon the full payment of the Settlement Amount by Benevis and the Subject Kool

6

Smiles Clinics, and subject to Paragraph 16, below (concerning bankruptcy proceedings commenced within 91 days of the Effective Date of this Agreement or any payment made under this Agreement), the United States releases Benevis and the Subject Kool Smiles Clinics, together with their current and former parent corporations; direct and indirect subsidiaries; brother or sister corporations; divisions; current or former corporate owners; and the corporate successors and assigns of any of them from any civil or administrative monetary claim the United States has for the Covered Conduct under the False Claims Act, 31 U.S.C. §§ 3729-3733; the Civil Monetary Penalties Law, 42 U.S.C. § 1320a-7a; the Program Fraud Civil Remedies Act, 31 U.S.C. §§ 3801-3812; any statutory provision creating a cause of action for civil damages or civil penalties for which the Civil Division of the Department of Justice has actual or present authority to assert and compromise pursuant to 28 C.F.R. Part 0, Subpart I, 0.45(d); or the common law theories of payment by mistake, unjust enrichment, and fraud.

4.    Subject to the exceptions in Paragraph 5 (concerning excluded claims) below, and conditioned upon the full payment of the Settlement Amount by Benevis and the Subject Kool Smiles Clinics, and subject to Paragraph 16, below (concerning bankruptcy proceedings commenced within 91 days of the Effective Date of this Agreement or any payment made under this Agreement), Relators, for themselves and for their heirs, successors, attorneys, agents, and assigns, fully and finally release Benevis and the Subject Kool Smiles Clinics, together with their current and former parent corporations and shareholders; direct and indirect subsidiaries; brother or sister corporations; divisions; current or former corporate owners; officers, directors, employees, attorneys, and agents; and the successors and assigns of any of them, from any civil monetary claim the relator has on behalf of the United States or any state for the Covered Conduct under the False Claims Act, 31 U.S.C. §§ 3729-3733, and any state False Claims Act or other analogous state statute, including but not limited to those that are the subject of the Civil

7

Actions, and from all liability, claims, demands, actions, or causes of action whatsoever, whether known or unknown, fixed or contingent, in law or in equity, in contract or in tort, under any federal or state statute or regulation, or in common law, that Relators, their heirs, successors, attorneys, agents and assigns otherwise would have standing to bring as of the date of this Agreement, including any liability to Relators arising from or relating to the claims Relators asserted or could have asserted in the Civil Action; provided, however, that Relators' release in this paragraph does not extend to, and Relators do not provide a release for, (1) any claims by Relators for reasonable costs, expenses, and attorneys' fees under 31 U.S.C. § 3730(d), (2) any claims by Relators for reasonable costs, expenses, and attorneys' fees under any analogous provisions contained in any state False Claims Acts; or (3) any claims by Relators Abendano, Lin, or Winston under 31 U.S.C. § 3730(h) for alleged retaliation.

5.     Notwithstanding the releases given in Paragraphs 3-4 of this Agreement, or any other term of this Agreement, the following claims of the United States are specifically reserved and are not released:

a.     Any liability arising under Title 26, U.S. Code (Internal Revenue Code);

b.     Any criminal liability;

c.     Except as explicitly stated in this Agreement, any administrative liability, including mandatory or permissive exclusion from Federal health care programs;

d.     Any liability to the United States (or its agencies) for any conduct other than the Covered Conduct;

e.     Any liability based upon obligations created by this Agreement;

f.     Any liability of individuals;

g.   Any liability for express or implied warranty claims or other claims for defective or deficient products or services, including quality of goods and services;

h.   Any liability for failure to deliver goods or services due; and

i.   Any liability for personal injury or property damage or for other consequential damages arising from the Covered Conduct.

6.   Relators and their heirs, successors, attorneys, agents, and assigns shall not object to this Agreement and agree and confirm that this Agreement is fair, adequate, and reasonable under all the circumstances, pursuant to 31 U.S.C. § 3730(c)(2)(B).  Conditioned upon Relators' receipt of the payments described in Paragraph 2, Relators and their heirs, successors, attorneys, agents, and assigns fully and finally release, waive, and forever discharge the United States, its agencies, officers, agents, employees, and servants, from any claims arising from the filing of the Civil Action or under 31 U.S.C. § 3730, and from any claims to any further share of the proceeds of this Agreement and/or the Civil Actions.

7.   Benevis and the Subject Kool Smiles Clinics waive and shall not assert any defenses they may have to any criminal prosecution or administrative action relating to the Covered Conduct that may be based in whole or in part on a contention that, under the Double Jeopardy Clause in the Fifth Amendment of the Constitution, or under the Excessive Fines Clause in the Eighth Amendment of the Constitution, this Agreement bars a remedy sought in such criminal prosecution or administrative action, but specifically reserve their right to assert any and all other defenses in any criminal prosecution or administrative action.  Nothing in this paragraph or any other provision of this Agreement constitutes an agreement by the United States concerning the characterization of the Settlement Amount for purposes of the Internal Revenue laws, Title 26 of the United States Code.

8.    Benevis and the Subject Kool Smiles Clinics fully and finally release the United States, its agencies, officers, agents, employees, and servants, from any claims (including attorney's fees, costs, and expenses of every kind and however denominated) that Benevis and the Subject Kool Smiles Clinics have asserted, could have asserted, or may assert in the future against the United States, its agencies, officers, agents, employees, and servants, related to the Covered Conduct and the United States' investigation and prosecution thereof.

9.    Benevis and the Subject Kool Smiles Clinics, for themselves and their successors and assigns, fully and finally release the Relators, their heirs, successors, agents, attorneys and assigns, from any liability, claims, demands, actions or causes of action whatsoever, whether known or unknown, fixed or contingent, in law, or in equity, in contract or in tort, (including attorney's fees, costs, and expenses of every kind and however denominated) that Benevis and the Subject Kool Smiles Clinics have asserted, could have asserted, or may assert in the future against the Relators, related to the Civil Actions and the Relators' investigation and prosecution thereof; provided, however, Benevis and the Subject Kool Smiles Clinics reserve any and all defenses as to, and expressly reserve the right to challenge on any and all available grounds, (1) any claim by Relators for reasonable costs, expenses, and attorneys' fees under 31 U.S.C. § 3730(d); or (2) any claim by Relators Abendano, Lin, or Winston under 31 U.S.C. § 3730(h) for alleged retaliation.

10.    The Settlement Amount shall not be decreased as a result of the denial of claims for payment now being withheld from payment by any Medicare contractor (e.g., Medicare Administrative Contractor, fiscal intermediary, carrier), TRICARE, or any state payer, related to the Covered Conduct; and Benevis and the Subject Kool Smiles Clinics agree not to resubmit to any Medicare contractor, TRICARE, or any state payer any previously denied claims related to

the Covered Conduct, agree not to appeal any such denials of claims, and agree to withdraw any such pending appeals.

    11.    Benevis and the Subject Kool Smiles Clinics agree to the following:

    a.    <u>Unallowable Costs Defined</u>: All costs (as defined in the Federal Acquisition Regulation, 48 C.F.R. § 31.205-47; and in Titles XVIII and XIX of the Social Security Act, 42 U.S.C. §§ 1395-1395kkk and 1396-1396w-5; and the regulations and official program directives promulgated thereunder) incurred by or on behalf of Benevis or the Subject Kool Smiles Clinics, their present or former officers, directors, employees, shareholders, and agents in connection with:

    (1)    the matters covered by this Agreement;

    (2)    the United States' audit(s) and civil investigation(s) of the matters covered by this Agreement;

    (3)    Benevis' and the Subject Kool Smiles Clinics' investigation, defense, and corrective actions undertaken in response to the United States' audit(s) and civil investigation(s) in connection with the matters covered by this Agreement (including attorney's fees);

    (4)    the negotiation and performance of this Agreement; and

    (5)    the payments Benevis and the Subject Kool Smiles Clinics make to the United States pursuant to this Agreement and any payments that Benevis and the Subject Kool Smiles Clinics may make to Relators, including costs and attorneys' fees,

are unallowable costs for government contracting purposes and under the Medicare Program, Medicaid Program, TRICARE Program, and Federal Employees Health Benefits Program (FEHBP) (hereinafter referred to as Unallowable Costs).

11

b.    Future Treatment of Unallowable Costs:  Unallowable Costs shall be separately determined and accounted for by Benevis and the Subject Kool Smiles Clinics, and Benevis and the Subject Kool Smiles Clinics shall not charge such Unallowable Costs directly or indirectly to any contracts with the United States or any State Medicaid program, or seek payment for such Unallowable Costs through any cost report, cost statement, information statement, or payment request submitted by Benevis and the Subject Kool Smiles Clinics or any of its subsidiaries or affiliates to the Medicare, Medicaid, TRICARE, or FEHBP Programs.

c.    Treatment of Unallowable Costs Previously Submitted for Payment: Benevis and the Subject Kool Smiles Clinics further agree that within 90 days of the Effective Date of this Agreement they shall identify to applicable Medicare and TRICARE fiscal intermediaries, carriers, and/or contractors, and Medicaid and FEHBP fiscal agents, any Unallowable Costs (as defined in this Paragraph) included in payments previously sought from the United States, or any State Medicaid program, including, but not limited to, payments sought in any cost reports, cost statements, information reports, or payment requests already submitted by Benevis and the Subject Kool Smiles Clinics or any of their subsidiaries or affiliates, and shall request, and agree, that such cost reports, cost statements, information reports, or payment requests, even if already settled, be adjusted to account for the effect of the inclusion of the Unallowable Costs.  Benevis and the Subject Kool Smiles Clinics agree that the United States, at a minimum, shall be entitled to recoup from Benevis and the Subject Kool Smiles Clinics any overpayment plus applicable interest and penalties as a result of the inclusion of such Unallowable Costs on previously-submitted cost reports, information reports, cost statements, or requests for payment.

Any payments due after the adjustments have been made shall be paid to the United States pursuant to the direction of the Department of Justice and/or the affected agencies.  The

United States reserves its rights to disagree with any calculations submitted by Benevis and the Subject Kool Smiles Clinics or any of their subsidiaries or affiliates on the effect of inclusion of Unallowable Costs (as defined in this Paragraph) on Benevis and the Subject Kool Smiles Clinics or any of their subsidiaries' or affiliates' cost reports, cost statements, or information reports.

        d.     Nothing in this Agreement shall constitute a waiver of the rights of the United States to audit, examine, or re-examine Benevis' or the Subject Kool Smiles Clinics' books and records to determine that no Unallowable Costs have been claimed in accordance with the provisions of this Paragraph.

        12.     Benevis and the Subject Kool Smiles Clinics agree to cooperate fully and truthfully with the United States' investigation of individual treating dentists who were formerly employed at the Subject Kool Smiles Clinics during the period January 1, 2009 through December 31, 2011, who are not released in this Agreement. Upon reasonable notice, Benevis and the Subject Kool Smiles Clinics shall encourage, and agree not to impair, the cooperation of its directors, officers, and employees, and shall use its best efforts to make available, and encourage, the cooperation of former directors, officers, and employees for interviews and testimony, consistent with the rights and privileges of such individuals. Benevis and the Subject Kool Smiles Clinics further agree to furnish to the United States, upon request, complete and unredacted copies of all non-privileged documents, reports, memoranda of interviews, and records in its possession, custody, or control concerning any investigation of the Covered Conduct that it has undertaken, or that has been performed by another on its behalf.

        13.     This Agreement is intended to be for the benefit of the Parties only. The Parties do not release any claims against any other person or entity, except to the extent provided for in Paragraph 14 (waiver for beneficiaries paragraph), below.

14.     Benevis and the Subject Kool Smiles Clinics agree that they waive and shall not seek payment for any of the health care billings covered by this Agreement from any health care beneficiaries or their parents, sponsors, legally responsible individuals, or third party payors based upon the claims defined as Covered Conduct.

15.     Benevis and the Subject Kool Smiles Clinics warrant that they have reviewed their financial situation and that they currently are solvent within the meaning of 11 U.S.C. §§ 547(b)(3) and 548(a)(1)(B)(ii)(I), and that the entry into this Agreement and the payments set forth in Paragraph 1 shall not render them insolvent within the meaning of such provisions. Further, the Parties warrant that, in evaluating whether to execute this Agreement, they (a) have intended that the mutual promises, covenants, and obligations set forth constitute a contemporaneous exchange for new value given to Benevis and the Subject Kool Smiles Clinics, within the meaning of 11 U.S.C. § 547(c)(1), and (b) have determined, in the exercise of their reasonable business judgment, that these mutual promises, covenants, and obligations do, in fact, constitute such a contemporaneous exchange.  Further, the Parties acknowledge and agree that they intend that the mutual promises, covenants, and obligations set forth herein constitute a reasonably equivalent exchange of value that is not intended to hinder, delay, or defraud any entity to which Benevis and the Subject Kool Smiles Clinics were or became indebted to on or after the date of this transfer, within the meaning of 11 U.S.C.  § 548(a)(1).

16.     If within 91 days of the Effective Date of this Agreement or of any payment made under this Agreement, Benevis and the Subject Kool Smiles Clinics commence, or a third party commences, any case, proceeding, or other action under any law relating to bankruptcy, insolvency, reorganization, or relief of debtors (a) seeking to have any order for relief of Benevis' or the Subject Kool Smiles Clinics' debts, or seeking to adjudicate Benevis or the Subject Kool Smiles Clinics as bankrupt or insolvent; or (b) seeking appointment of a receiver,

trustee, custodian, or other similar official for Benevis or the Subject Kool Smiles Clinics or for all or any substantial part of Benevis' or the Subject Kool Smiles Clinics' assets, Benevis and the Subject Kool Smiles Clinics agree as follows:

a.      The obligations of Benevis and the Subject Kool Smiles Clinics under this Agreement may not be avoided pursuant to 11 U.S.C. § 547, and Benevis and the Subject Kool Smiles Clinics shall not argue or otherwise take the position in any such case, proceeding, or action that:  (i)  Benevis' or the Subject Kool Smiles Clinics' obligations under this Agreement may be avoided under 11 U.S.C. § 547; (ii) Benevis' or the Subject Kool Smiles Clinics' were insolvent at the time this Agreement was entered into, or became insolvent as a result of the payment made to the United States; or (iii) the mutual promises, covenants, and obligations set forth in this Agreement do not constitute a contemporaneous exchange for new value given to Benevis or the Subject Kool Smiles Clinics.

b.      If the obligations of Benevis or the Subject Kool Smiles Clinics under this Agreement are avoided for any reason, including, but not limited to, through the exercise of a trustee's avoidance powers under the Bankruptcy Code, the United States, at its sole option, may rescind the releases in this Agreement and bring any civil and/or administrative claim, action, or proceeding against Benevis or the Subject Kool Smiles Clinics for the claims that would otherwise be covered by the releases provided in Paragraphs 3-4, above.  Benevis and the Subject Kool Smiles Clinics agree that (i) any such claims, actions, or proceedings brought by the United States are not subject to an "automatic stay" pursuant to 11 U.S.C. § 362(a) as a result of the action, case, or proceedings described in the first clause of this Paragraph, and neither Benevis nor the Subject Kool Smiles Clinics shall argue or otherwise contend that the United States' claims, actions, or proceedings are subject to an automatic stay; (ii) Benevis and the Subject Kool Smiles Clinics shall not plead, argue, or otherwise raise any defenses under the

theories of statute of limitations, laches, estoppel, or similar theories, to any such civil or administrative claims, actions, or proceeding that are brought by the United States within 120 calendar days of written notification to Benevis and the Subject Kool Smiles Clinics that the releases have been rescinded pursuant to this Paragraph, except to the extent such defenses were available on June 4, 2010; and (iii) the United States has a valid claim against Benevis and the Subject Kool Smiles Clinics, jointly and severally, in the amount of $35,850,000, minus all amounts previously paid to the United States and the Medicaid Participating States, and the United States may pursue its claim in the case, action, or proceeding referenced in the first clause of this Paragraph, as well as in any other case, action, or proceeding. In the event any of the remedies discussed above in this Paragraph 16 are pursued and result in a recovery, the United States agrees to pay Relators Abendano, Rai and Fitzgerald, collectively, a total of 17% of said recovery, in pro-rata distributions consistent with the distributions outlined above in Paragraph 2.

c.      Benevis and the Subject Kool Smiles Clinics acknowledge that their agreements in this Paragraph are provided in exchange for valuable consideration provided in this Agreement.

17.     On the effective date of this Agreement or any date thereafter the United States shall file in the Civil Actions Notices of Intervention as to the Covered Conduct. Upon receipt of the Federal Settlement Amount from Benevis and the Subject Kool Smiles Clinics, as described in Paragraph 1.a, above, the United States and Relators shall promptly sign and file in the Civil Actions Joint Stipulations of Dismissal as to claims pled under the False Claims Act, 31 U.S.C. § 3729, *et. seq.*, as follows:

a.      The stipulation of dismissal as to claims pled under the False Claims Act, 31 U.S.C. § 3729, *et. seq.*, shall be subject to the terms and conditions of this Agreement. The

dismissal shall be with prejudice as to the United States' and Relators' claims as to the Covered Conduct;

b.      The stipulation of dismissal shall be without prejudice as to the United States and with prejudice as to Relators as to all other claims pled under the False Claims Act, 31 U.S.C. § 3729, *et. seq.*, in the Civil Actions, except for (1) any claims by Relators for reasonable costs and attorneys' fees under 31 U.S.C. § 3730(d), (2) any claims by Relators for reasonable expenses, costs and attorneys' fees under any state False Claims Acts; and (3) any claims by Relators Abendano, Lin, or Winston under 31 U.S.C. § 3730(h) for alleged retaliation; and,

c.      The following claims will not be dismissed, and the stipulation of dismissal shall request that the Court retain jurisdiction over these claims: (1) any claims by Relators for reasonable costs, expenses, and attorneys' fees under 31 U.S.C. § 3730(d); (2) any claims by Relators for reasonable expenses, costs and attorneys' fees under any state False Claims Acts; and (3) any claims by Relators Abendano, Lin, or Winston under 31 U.S.C. § 3730(h) for alleged retaliation.

18.      Each Party shall bear its own legal and other costs incurred in connection with this matter, including the preparation and performance of this Agreement, except to the extent that Relators have reserved their right to seek attorneys' fees, expenses and costs under 31 U.S.C. § 3730(d) and its state False Claims Act analogs, and to the extent Benevis and the Subject Kool Smiles Clinics have reserved their rights to challenge such claims as set forth above.

19.      Each party and signatory to this Agreement represents that it freely and voluntarily enters in to this Agreement without any degree of duress or compulsion.

20.      This Agreement is governed by the laws of the United States. The exclusive jurisdiction and venue for any dispute relating to this Agreement is the United States District

Court for the District of Connecticut.  For purposes of construing this Agreement, this Agreement shall be deemed to have been drafted by all Parties to this Agreement and shall not, therefore, be construed against any Party for that reason in any subsequent dispute.

21.    This Agreement constitutes the complete agreement between the Parties.  This Agreement may not be amended except by written consent of the Parties.

22.    The undersigned counsel represent and warrant that they are fully authorized to execute this Agreement on behalf of the persons and entities indicated below.

23.    This Agreement may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same Agreement.

24.    This Agreement is binding on Benevis' and the Subject Kool Smiles Clinics' successors, transferees, heirs, and assigns.

25.    This Agreement is binding on Relators' successors, transferees, heirs, and assigns.

26.    All parties consent to the disclosure of this Agreement, and information about this Agreement, to the public.

27.    This Agreement is effective on the date of signature of the last signatory to the Agreement (Effective Date of this Agreement).  Facsimiles and electronic transmissions of signatures shall constitute acceptable, binding signatures for purposes of this Agreement.

[SIGNATURE PAGES FOLLOW]

THE UNITED STATES OF AMERICA

DATED: 12/20/17    BY: _____
Colin M. Huntley
Assistant Director
Commercial Litigation Branch, Civil Division
United States Department of Justice

DATED: 12/15/17    BY: _____
Richard Molot
Assistant United States Attorney
District of Connecticut

DATED: 12/15/17    BY: _____
Jill D. Venezia
Assistant United States Attorney
Southern District of Texas

DATED: 12-15-17    BY: _____
Robert P. McIntosh
Assistant United States Attorney
Eastern District of Virginia

DATED: 12/15/17    BY: _____
John J. LoCurto
Assistant United States Attorney
Western District of Texas

DATED: 12/19/17    BY: _____
Lisa Re
Assistant Inspector General for Legal Affairs
Office of Counsel to the Inspector General
Office of Inspector General
United States Department of Health and Human Services

19

**BENEVIS, LLC**

DATED: 12-18-17     BY: _____
Jerrold R. Perchik
Senior Vice President and General Counsel

On behalf of Benevis, LLC

DATED: 12-14-17     BY: _____
Mark Pearlstein, Esq.
McDermott Will & Emery LLP

Counsel for Benevis, LLC

DATED: 12/19/17     BY: _____
Nathan Andrisani, Esq.
Morgan, Lewis & Bockius LLP

Counsel for Benevis, LLC

## SUBJECT KOOL SMILES CLINICS

DATED: _12-15-2017_                    BY: _____
                                          Tu M. Tran
                                          On behalf of Dentistry of Brownsville, P.C.


DATED: _____                    BY: _____
                                          Dale G. Mayfield
                                          On behalf of KS2 TX, P.C.


DATED: _12-15-2017_                    BY: _____
                                          Tu M. Tran
                                          On behalf of Kool Smiles VAN, P.C.


DATED: _12-15-2017_                    BY: _____
                                          Tu M. Tran
                                          On behalf of Kool Smiles MAC, P.C.


DATED: _____                    BY: _____
                                          David M. Vieth
                                          On behalf of Dr. David M. Vieth, P.C.


21

## SUBJECT KOOL SMILES CLINICS

DATED: _____          BY: _____
                                  Tu M. Tran
                                  On behalf of Dentistry of Brownsville, P.C.


DATED: 12-18-17               BY: _____
                                  Dale G. Mayfield
                                  On behalf of KS2 TX, P.C.


DATED: _____          BY: _____
                                  Tu M. Tran
                                  On behalf of Kool Smiles VAN, P.C.


DATED: _____          BY: _____
                                  Tu M. Tran
                                  On behalf of Kool Smiles MAC, P.C.


DATED: _____          BY: _____
                                  David M. Vieth
                                  On behalf of Dr. David M. Vieth, P.C.

## SUBJECT KOOL SMILES CLINICS

DATED: _____          BY; _____
                               Tu M. Tran
                               On behalf of Dentistry of Brownsville, P.C.


DATED: _____          BY: _____
                               Dale G. Mayfield
                               On behalf of KS2 TX, P.C.


DATED: _____          BY: _____
                               Tu M. Tran
                               On behalf of Kool Smiles VAN, P.C.


DATED: _____          BY: _____
                               Tu M. Tran
                               On behalf of Kool Smiles MAC, P.C.


DATED: 12-13-17            BY: _____
                               David M. Vieth
                               On behalf of Dr. David M. Vieth, P.C.

**SUBJECT KOOL SMILES CLINICS** (continued)

DATED: _____

BY: _____
David M. Vieth
On behalf of Dr. David M. Vieth 2, P.C.

DATED: _____

BY: _____
David M. Vieth
On behalf of Kool Smiles INI-1, P.C.

DATED: _____

BY: _____
David M. Vieth
On behalf of Kool Smiles INI-2, P.C.

DATED: _____

BY: _____
David M. Vieth
On behalf of Kool Smiles IN-3, P.C.

DATED: _____

BY: _____
David M. Vieth
On behalf of Kool Smiles in Fort Wayne, P.C.

**SUBJECT KOOL SMILES CLINICS** (continued)


DATED: _12 - 18 - 2017_          BY: _____
                                      Tu M. Tran
                                      On behalf of Candler Road Dental, P.C.


DATED: _12-18- 2017_             BY: _____
                                      Tu M. Tran
                                      On behalf of Kool Smiles SC, P.C.


DATED: _____             BY: _____
                                      David M. Vieth
                                      On behalf of Kool Smiles SC-2, P.C.


DATED: _____             BY: _____
                                      David M. Vieth
                                      On behalf of David M. Vieth, D.D.S.,
                                      A Professional Corporation


DATED: _____             BY: _____
                                      David M. Vieth
                                      On behalf of Kool Smiles Dentistry, P.C.

## SUBJECT KOOL SMILES CLINICS (continued)

DATED: _____          BY: _____
                                    Tu M. Tran
                                    On behalf of Candler Road Dental, P.C.


DATED: _____          BY: _____
                                    Tu M. Tran
                                    On behalf of Kool Smiles SC, P.C.


DATED: 12-11-17                 BY: _____
                                    David M. Vieth
                                    On behalf of Kool Smiles SC-2, P.C.


DATED: 12-18-17                 BY: _____
                                    David M. Vieth
                                    On behalf of David M. Vieth, D.D.S.,
                                    A Professional Corporation


DATED: 12-18-17                 BY: _____
                                    David M. Vieth
                                    On behalf of Kool Smiles Dentistry, P.C.

23

<u>**SUBJECT KOOL SMILES CLINICS**</u> (continued)

DATED: /2-18-17          BY: _____
David M. Vieth
On behalf of Kool Smiles Dentistry-2, P.C.


DATED: _____          BY: _____
Dale G. Mayfield
On behalf of KS2 MS, P.C.


DATED: _____          BY: _____
Dale G. Mayfield
On behalf of KS AZ-2, P.C.


DATED: _____          BY: _____
Brad Young Bryan, DMD
On behalf of Paul Walker, DDS, P.A.


DATED: _____          BY: _____
Tu M. Tran
On behalf of Kool Smiles, PSC

24

**SUBJECT KOOL SMILES CLINICS** (continued)


DATED: _____          BY: _____
                                 David M. Vieth
                                 On behalf of Kool Smiles Dentistry-2, P.C.


DATED: _1-18-17_            BY: _____
                                 Dale G. Mayfield
                                 On behalf of KS2 MS, P.C.


DATED: _1-18-17_            BY: _____
                                 Dale G. Mayfield
                                 On behalf of KS AZ-2, P.C.


DATED: _____          BY: _____
                                 Brad Young Bryan, DMD
                                 On behalf of Paul Walker, DDS, P.A.


DATED: _____          BY: _____
                                 Tu M. Tran
                                 On behalf of Kool Smiles, PSC


24

**SUBJECT KOOL SMILES CLINICS** (continued)

DATED: _____          BY: _____
                                      David M. Vieth
                                      On behalf of Kool Smiles Dentistry-2, P.C.


DATED: _____          BY: _____
                                      Dale G. Mayfield
                                      On behalf of KS2 MS, P.C.


DATED: _____          BY: _____
                                      Dale G. Mayfield
                                      On behalf of KS AZ-2, P.C.


DATED: 12-18-17                   BY: _____
                                      Brad Young Bryan, DMD
                                      On behalf of Paul Walker, DDS, P.A.


DATED: _____          BY: _____
                                      Tu M. Tran
                                      On behalf of Kool Smiles, PSC

## SUBJECT KOOL SMILES CLINICS (continued)

DATED: _____     BY: _____
                          David M. Vieth
                          On behalf of Kool Smiles Dentistry-2, P.C.


DATED: _____     BY: _____
                          Dale G. Mayfield
                          On behalf of KS2 MS, P.C.


DATED: _____     BY: _____
                          Dale G. Mayfield
                          On behalf of KS AZ-2, P.C.


DATED: _____     BY: _____
                          Brad Young Bryan, DMD
                          On behalf of Paul Walker, DDS, P.A.


DATED: _12 - 18 - 2017_     BY: _____
                          Tu M. Tran
                          On behalf of Kool Smiles, PSC


24

**SUBJECT KOOL SMILES CLINICS** (continued)

DATED: _____          BY: _____
                                Dale G. Mayfield
                                On behalf of Kool Smiles OK, P.C.

DATED: _____          BY: _____
                                Dale G. Mayfield
                                On behalf of KS2 NM, P.C.

DATED: _____          BY: _____
                                Dale G. Mayfield
                                On behalf of Mayfield DMD, P.C.

DATED: _____          BY: _____
                                Tu M. Tran
                                On behalf of Kool Smiles DC, P.C.

25

**SUBJECT KOOL SMILES CLINICS** (continued)

DATED: _____          BY: _____
                                Dale G. Mayfield
                                On behalf of Kool Smiles OK, P.C.


DATED: _____          BY: _____
                                Dale G. Mayfield
                                On behalf of KS2 NM, P.C.


DATED: _____          BY: _____
                                Dale G. Mayfield
                                On behalf of Mayfield DMD, P.C.


DATED: _12-18-2017_          BY: _____
                                Tù M. Tran
                                On behalf of Kool Smiles DC, P.C.

## RELATOR ADAM ABENDANO

DATED: 12/15/17        BY: _____
                            Adam Abendano


DATED: 12/15/17        BY: _____
                            Dean M. Trafelet, Esq.

                            Counsel for Adam Abendano

RELATOR MICHAEL M. GREENWALD

DATED: 12/15/17        BY: _____
                           Michael M. Greenwald, D.D.S.

DATED: 12/15/17        BY: _____
                           James P. Brennan, Esq.
                           Brennan Law Firm, LLC

                           Counsel for Michael M. Greenwald, D.D.S.

27

**RELATORS POONAM RAI & ROBIN FITZGERALD**

DATED: 12/14/17     BY: Poonam Rai
                         Poonam Rai

DATED: _____     BY: _____
                         Robin Fitzgerald

DATED: _____     BY: _____

                         Daniel R. Miller, Esq.
                         Berger & Montague, P.C.

                         Counsel for Poonam Rai & Robin Fitzgerald

28

**RELATORS POONAM RAI & ROBIN FITZGERALD**

DATED: _____    BY: _____
                       Poonam Rai

DATED: 2/20/17  BY: _____
                       Robin Fitzgerald

DATED: 12/21/17  BY: _____

                       Daniel R. Miller, Esq.
                       Berger & Montague, P.C.

                       Counsel for Poonam Rai & Robin Fitzgerald

28

**RELATOR CHRISTINA BOWNE**

DATED: _62-15-17_    BY: _____

                             Christina Bowne

DATED: _12.19.17_    BY: _____

                             David P. Parker, Esq.
                             Liles Parker PLLC

                             Counsel for Christina Bowne

## RELATORS LOREN D. ALVES, PHILIP M. LIN, AND NICOLE WINSTON

DATED: 12/19/2017   BY: _____
Loren D. Alves, DMD
Loren

DATED: _____   BY: _____
Philip M. Lin

DATED: _____   BY: _____
Nicole Winston

DATED: _____   BY: _____
Daniel Hargrove, Esq.
The Hargrove Law Firm, P.C

Loren
Counsel for Loren D. Alves, Philip M. Lin,
and Nicole Winston

30

RELATORS LOREN D. ALVES, PHILIP M. LIN, AND NICOLE WINSTON

DATED: _____     BY:  _____
                          Lauren D. Alves

DATED: 12/19/2017     BY:  _____
                          Philip M. Lin

DATED: _____     BY:  _____
                          Nicole Winston

DATED: _____     BY:  _____
                          Daniel Hargrove, Esq.
                          The Hargrove Law Firm, P.C

                          Counsel for Lauren D. Alves, Philip M. Lin,
                          and Nicole Winston

30

## RELATORS LOREN D. ALVES, PHILIP M. LIN, AND NICOLE WINSTON

DATED: _____     BY: _____
                          Lauren D. Alves

DATED: _____     BY: _____
                          Philip M. Lin

DATED: 12-19-17     BY: _____
                          Nicole Winston

DATED: _____     BY: _____
                          Daniel Hargrove, Esq.
                          The Hargrove Law Firm, P.C

                          Counsel for Lauren D. Alves, Philip M. Lin,
                          and Nicole Winston

30

RELATORS LOREN D. ALVES, PHILIP M. LIN, AND NICOLE WINSTON

DATED: _____    BY: _____
                          Lauren D. Alves

DATED: _____    BY: _____
                          Philip M. Lin

DATED: _____    BY: _____
                          Nicole Winston

DATED: /2 20-17    BY: _____
                          ~~Daniel Hargrove, Esq.~~  *Charles Siegel*
                          ~~The Hargrove Law Firm, P.C~~ *Wafers Dkraus, LLP*

                          Counsel for Lauren D. Alves, Philip M. Lin,
                          and Nicole Winston

30

**EXHIBIT A**

| | STATE | ADDRESS | | | OWNER |
|---|---|---|---|---|---|
| 1 | State of Texas | 2921 Boca Chica Blvd. #15 | Brownsville | TX | 78521-3500 | Dentistry of Brownsville, PC |
| 2 | State of Texas | 3111 South Texas Ave | Bryan | TX | 77802-3159 | Dentistry of Brownsville, PC |
| 3 | State of Texas | 432 South Bibb Ave Ste 300 | Eagles Pass | TX | 78852-5073 | Dentistry of Brownsville, PC |
| 4 | State of Texas | 5341 Antoine Drive | Houston | TX | 77091-4509 | Dentistry of Brownsville, PC |
| 5 | State of Texas | 1100 Lowes Blvd. Suite 100 | Killeen | TX | 76542-5491 | Dentistry of Brownsville, PC |
| 6 | State of Texas | 2316 S Zapata Hwy STE 190 | Laredo | TX | 78046-6563 | Dentistry of Brownsville, PC |
| 7 | State of Texas | 1301 E Hwy 83 | McAllen | TX | 78501-8818 | Dentistry of Brownsville, PC |
| 8 | State of Texas | 213 East Expressway 83 | Mission | TX | 78572-5558 | Dentistry of Brownsville, PC |
| 9 | State of Texas | 5601 Bandera Road | Leon Valley | TX | 78238-1986 | Dentistry of Brownsville, PC |
| 10 | State of Texas | 3850 S. New Braunfels Avenue, Suite 101 | San Antonio | TX | 78223-1709 | Dentistry of Brownsville, PC |
| 11 | State of Texas | 2400 Richmond Rd Suite # 133 | Texarkana | TX | 75503-2466 | Dentistry of Brownsville, PC |
| 12 | State of Texas | 529 N. Valley Mills Drive | Waco | TX | 76710-5234 | Dentistry of Brownsville, PC |
| 13 | State of Texas | 1004 N Texas Blvd Suite B-1 | Weslaco | TX | 78596-4536 | Dentistry of Brownsville, PC |
| 14 | State of Texas | 5300 San Dario Ave. #C-2 | Laredo | TX | 78041-3000 | Dentistry of Brownsville, PC |
| 15 | State of Texas | 2200 S W 5 Young DR | Killeen | TX | 76543-5318 | KS2 TX, PC |
| 16 | State of Texas | 1601 Walton Drive | Waco | TX | 76705-2468 | KS2 TX, PC |
| 17 | State of Texas | 4754 S 14th Street | Abilene | TX | 79605-4733 | KS2 TX, PC |
| 18 | State of Texas | 2210 Bell Street | Amarillo | TX | 79106-4602 | KS2 TX, PC |
| 19 | State of Texas | 5130 Fairbanks Road | El Paso | TX | 79924-3813 | KS2 TX, PC |
| 20 | State of Texas | 1840 N Lee Trevino Drive Ste 405-407 | El Paso | TX | 79936-4136 | KS2 TX, PC |
| 21 | State of Texas | 6910 Mesa Street, Suite C | El Paso | TX | 79912-4446 | KS2 TX, PC |
| 22 | State of Texas | 6065 Montana Avenue, Suites B5 | El Paso | TX | 79925-1835 | KS2 TX, PC |
| 23 | State of Texas | 615 N Zaragoza Road, Ste 88 | El Paso | TX | 79907-4773 | KS2 TX, PC |
| 24 | State of Texas | 3840 Aldine Mail RD | Houston | TX | 77039-4644 | KS2 TX, PC |
| 25 | State of Texas | 2539 Judson Road | Longview | TX | 75605-4643 | KS2 TX, PC |
| 26 | State of Texas | 710 Estes Dr. Ste105 | Longview | TX | 75602-6120 | KS2 TX, PC |
| 27 | State of Texas | 2903 50th Street | Lubbock | TX | 79413-4323 | KS2 TX, PC |
| 28 | State of Texas | 1923 Marsha Sharp Freeway, Ste. 102 | Lubbock | TX | 79415-4036 | KS2 TX, PC |
| 29 | State of Texas | 400 N Timberland DR STE 100 | Lufkin | TX | 75901-0460 | KS2 TX, PC |
| 30 | State of Texas | 1000 N. Midkiff Road, Suite B-6 | Midland | TX | 79701-2101 | KS2 TX, PC |
| 31 | State of Texas | 1613 N. West County Road, Suite C | Odessa | TX | 79763-2917 | KS2 TX, PC |
| 32 | State of Texas | 4403 Sherwood Way | San Angelo | TX | 76901-5616 | KS2 TX, PC |
| 33 | State of Texas | 2916 North US Highway 75, Suite 300-A | Sherman | TX | 75090-2546 | KS2 TX, PC |
| 34 | State of Texas | 1932 E Southeast Loop 323 | Tyler | TX | 75701-8337 | KS2 TX, PC |
| 35 | State of Texas | 3711 Gregory Street | Wichita Falls | TX | 76308-1614 | KS2 TX, PC |
| 36 | State of Texas | 1012 20th Street North | Texas City | TX | 77590-5488 | KS2 TX, PC |
| 37 | Commonwealth of Virginia | 135 Conston Avenue | Christiansburg | VA | 24073-1151 | Kool Smiles VAN, PC |
| 38 | Commonwealth of Virginia | 400-C Southpark Blvd. | Colonial Heights | VA | 23834-2974 | Kool Smiles VAN, PC |
| 39 | Commonwealth of Virginia | 364 Lowes Drive STE J | Danville | VA | 24540-5930 | Kool Smiles VAN, PC |
| 40 | Commonwealth of Virginia | 6537 Arlington Blvd. | Falls Church | VA | 22042-3001 | Kool Smiles VAN, PC |
| 41 | Commonwealth of Virginia | 3533 Plank Rd | Fredericksburg | VA | 22407-6830 | Kool Smiles VAN, PC |
| 42 | Commonwealth of Virginia | 2165 Cunningham Drive | Hampton | VA | 23666-2569 | Kool Smiles VAN, PC |
| 43 | Commonwealth of Virginia | 5900 E. Virginia Beach Blvd., Ste. 70 | Norfolk | VA | 23502-2402 | Kool Smiles VAN, PC |
| 44 | Commonwealth of Virginia | 2338 East Little Creek Rd. | Norfolk | VA | 23518-3225 | Kool Smiles VAN, PC |
| 45 | Commonwealth of Virginia | 3824 Mechanicsville Pike, Unit #12 | Richmond | VA | 23223-1114 | Kool Smiles VAN, PC |
| 46 | Commonwealth of Virginia | 14346 Warwick Blvd., # 418 | Newport News | VA | 23602-3814 | Kool Smiles VAN, PC |
| 47 | Commonwealth of Virginia | 4072 Victory Blvd. | Portsmouth | VA | 23701-2820 | Kool Smiles VAN, PC |
| 48 | Commonwealth of Virginia | 5002 Airport Road NW, Unit # 130 | Roanoke | VA | 24012-1608 | Kool Smiles VAN, PC |
| 49 | Commonwealth of Virginia | 4722 N. Southside Plaza Ste #24 | Richmond | VA | 23224-1742 | Kool Smiles VAN, PC |
| 50 | Commonwealth of Virginia | 4239 Holland Road, Suite 762-A | Virginia Beach | VA | 23452-1941 | Kool Smiles VAN, PC |
| 51 | Commonwealth of Virginia | 2065 S Pleasant Valley Rd | Winchester | VA | 22601-7001 | Kool Smiles VAN, PC |
| 52 | Commonwealth of Massachusetts | 715 Crescent Street | Brockton | MA | 02302-3363 | Kool Smiles MAC, PC |
| 53 | Commonwealth of Massachusetts | 1096 Revere Beach Pkwy | Chelsea | MA | 02150-1454 | Kool Smiles MAC, PC |
| 54 | Commonwealth of Massachusetts | 933 Pleasant Street, Suite 102-103 | Fall River | MA | 02723-3000 | Kool Smiles MAC, PC |
| 55 | Commonwealth of Massachusetts | 217 South Street | Holyoke | MA | 01040-3611 | Kool Smiles MAC, PC |
| 56 | Commonwealth of Massachusetts | 137 Hathaway Road | New Bedford | MA | 02746-1304 | Kool Smiles MAC, PC |
| 57 | Commonwealth of Massachusetts | 2181 Washington St., Ste 101 | Roxbury | MA | 02119-2082 | Kool Smiles MAC, PC |
| 58 | Commonwealth of Massachusetts | 1070 Saint James Avenue, Suite D | Springfield | MA | 01104-1453 | Kool Smiles MAC, PC |
| 59 | Commonwealth of Massachusetts | 1 Porter Square, Suite 11 | Cambridge | MA | 02140-0000 | Kool Smiles MAC, PC |
| 60 | State of Maryland | 6471 Marlboro Pike | District Heights | MD | 20747-2843 | Dr. David M. Vieth, PC |
| 61 | State of Maryland | 1147 University Blvd E | Takoma Park | MD | 20912-7444 | Dr. David M. Vieth, PC |
| 62 | State of Maryland | 1900 N. Broadway, Suite #102 | Baltimore | MD | 21213-1437 | Dr. David M. Vieth 2, PC |
| 63 | State of Maryland | 7839 Eastern Avenue Suite #7842 | Baltimore | MD | 21224 | Dr. David M. Vieth 2, PC |
| 64 | State of Maryland | 4173 Patterson Avenue | Baltimore | MD | 21215-2221 | Dr. David M. Vieth 2, PC |
| 65 | State of Maryland | 2429 Frederick Ave. | Baltimore | MD | 21223-2856 | Dr. David M. Vieth 2, PC |
| 66 | State of Maryland | 5700 Ritchie Hwy | Brooklyn | MD | 21225-3641 | Dr. David M. Vieth 2, PC |
| 67 | State of Maryland | 1580 Weasel Boulevard Suite O | Hagerstown | MD | 21740-2503 | Dr. David M. Vieth 2, PC |
| 68 | State of Maryland | 406 North Fruitland Blvd | Salisbury | MD | 21801-7261 | Dr. David M. Vieth 2, PC |
| 69 | State of Indiana | 3658 East Street | Indianapolis | IN | 46227-1239 | Kool Smiles INI-1 PC |
| 70 | State of Indiana | 2248 E. 53rd Street | Indianapolis | IN | 46220-3479 | Kool Smiles INI-2 PC |
| 71 | State of Indiana | 1852 Bluffton Road | Ft. Wayne | IN | 46809-1306 | Kool Smiles in Fort Wayne, PC |
| 72 | State of Indiana | 3701 S Main Street STE A150 | Elkhart | IN | 46517-3106 | Kool Smiles In-3, PC |
| 73 | State of Indiana | 400 E. Diamond Ave. | Evansville | IN | 47711-3713 | Kool Smiles IN-3, PC |
| 74 | State of Indiana | 1021 West 5th Avenue | Gary | IN | 46402-1703 | Kool Smiles IN-3, PC |
| 75 | State of Indiana | 8327 Indianapolis Blvd | Highland | IN | 46322-1065 | Kool Smiles IN-3, PC |
| 76 | State of Indiana | 4315 Commerce Drive STE 310 | LaFayette | IN | 47905-3824 | Kool Smiles IN-3, PC |
| 77 | State of Indiana | 1800 Fort Harrison Road | Terre Haute | IN | 47804-1413 | Kool Smiles IN-3, PC |
| 78 | State of Indiana | 1313 West Chicago Ave | East Chicago | IN | 46312-3316 | Kool Smiles IN-3, PC |
| 79 | State of Georgia | 4054 Buford Hwy. NE | Atlanta | GA | 30345-1678 | Candler Road Dental, PC (Formerly Kool Smiles of Chamblee, PC, merged on 1/7/15) |
| 80 | State of Georgia | 1756 Candler Road | Decatur | GA | 30032-3277 | Candler Road Dental, PC (Formerly Kool Smiles, PC, merged on 1/7/15) |
| 81 | State of Georgia | 2900 S. Cobb Drive, Suite B2 | Smyrna | GA | 30080-7859 | Candler Road Dental, PC (Formerly Kool Smiles of Smyrna, PC, merged on 1/7/15) |
| 82 | State of Georgia | 4519 Woodruff Road Suite 10 | Columbus | GA | 31904-6091 | Candler Road Dental, PC (Formerly Kool Smiles GAC, PC, merged on 1/7/15) |
| 83 | State of Georgia | 2107 E. Walnut Avenue | Dalton | GA | 30721-4552 | Candler Road Dental, PC (Formerly Kool Smiles GAD, PC, merged on 1/7/15) |
| 84 | State of Georgia | 4458 Jonesboro Road | Forest Park | GA | 30297-4314 | Candler Road Dental, PC (Formerly Kool Smiles GAFP, PC, merged on 1/7/15) |
| 85 | State of Georgia | 4030 Lawrenceville Hwy. #13 | Lilburn | GA | 30047-2823 | Candler Road Dental, PC (Formerly Kool Smiles of Lilburn, PC, merged on 1/7/15) |
| 86 | State of Georgia | 1386 Gray Highway | Macon | GA | 31211-1952 | Candler Road Dental, PC (Formerly Kool Smiles GAM, PC, merged on 1/7/15) |
| 87 | State of Georgia | 5495 Old National Highway | Atlanta | GA | 30349-3252 | Candler Road Dental, PC (Formerly Kool Smiles GASW, PC, merged on 1/7/15) |
| 88 | State of Georgia | 2113 Bemiss Road | Valdosta | GA | 31602-0000 | Candler Road Dental, PC (Formerly KS GAV, PC, merged on 1/7/15) |
| 89 | State of South Carolina | 3112 North Main Street | Anderson | SC | 29621-2763 | Kool Smiles SC, PC |
| 90 | State of South Carolina | 3227 W. Blue Ridge Drive | Greenville | SC | 29611-3905 | Kool Smiles SC, PC |
| 91 | State of South Carolina | 1121 Broad Street, Suite 46 | Sumter | SC | 29150-1902 | Kool Smiles SC, PC |
| 92 | State of South Carolina | 629 HIGHWAY 28 BYP | Anderson | SC | 29624-3009 | KOOL SMILES SC-2, PC |
| 93 | State of South Carolina | 4400 Dorchester Road Ste 108 | Charleston | SC | 29405-6863 | KOOL SMILES SC-2, PC |
| 94 | State of South Carolina | 5422 Forest Drive Suite 106 | Columbia | SC | 29206-5412 | KOOL SMILES SC-2, PC |
| 95 | State of South Carolina | 3 K Mart Plaza | Greenville | SC | 29605-4442 | KOOL SMILES SC-2, PC |
| 96 | State of South Carolina | 1350 Grove Park Drive | Orangeburg | SC | 29115-2455 | KOOL SMILES SC-2, PC |
| 97 | State of South Carolina | 2349 Cherry Road Suite 49 | Rock Hill | SC | 29732-3103 | KOOL SMILES SC-2, PC |
| 98 | State of Louisiana | 3455 Government Street | Baton Rouge | LA | 70806-5717 | David M. Vieth, D.D.S., A Professional Corporation |
| 99 | State of Louisiana | 3001 NW Evangeline Thruway | Lafayette | LA | 70501-1927 | David M. Vieth, D.D.S., A Professional Corporation |
| 100 | State of Louisiana | 2706 Ryan Street | Lake Charles | LA | 70601-7393 | David M. Vieth, D.D.S., A Professional Corporation |
| 101 | State of Louisiana | 2820 Louisville Avenue Suite 100 | Monroe | LA | 71201-6685 | David M. Vieth, D.D.S., A Professional Corporation |
| 102 | State of Louisiana | 3057 Gentilly Blvd | New Orleans | LA | 70122-3807 | David M. Vieth, D.D.S., A Professional Corporation |

**EXHIBIT A**

| | STATE | ADDRESS | | | | OWNER |
|---|---|---|---|---|---|---|
| 103 | State of Louisiana | 91 Westbank Expy, Ste 345 | Gretna | LA | 70053-3674 | David M. Vieth, D.D.S., A Professional Corporation |
| 104 | State of Louisiana | 2222 Clearview Pkwy STE I | Metairie | LA | 70001-2437 | David M. Vieth, D.D.S., A Professional Corporation |
| 105 | State of Louisiana | 3719 Jewella Ave | Shreveport | LA | 71109-4703 | David M. Vieth, D.D.S., A Professional Corporation |
| 106 | State of Louisiana | 9018 Mansfield Rd | Shreveport | LA | 71118-2608 | David M. Vieth, D.D.S., A Professional Corporation |
| 107 | State of Connecticut | 105 Myrtle Street | New Britain | CT | 06051-1859 | Kool Smiles Dentistry, PC |
| 108 | State of Connecticut | 531 Elm Street | New Haven | CT | 065114549 | Kool Smiles Dentistry, PC |
| 109 | State of Connecticut | 144 Boston Ave | Bridgeport | CT | 06610-1604 | Kool Smiles Dentistry 2,PC |
| 110 | State of Connecticut | 738 Wolcott Street | Waterbury | CT | 06705-1336 | Kool Smiles Dentistry-2, P.C. |
| 111 | State of Connecticut | 1888 Main Street STE 7 | Hartford | CT | 06120-2357 | Kool Smiles Dentistry 2,PC |
| 112 | State of Mississippi | 2650 Beach Blvd., Suite 31 | Biloxi | MS | 39531-4517 | KS2 MS PC |
| 113 | State of Mississippi | 3720 Hardy Street, Suite #23 | Hattiesburg | MS | 39402-1550 | KS2 MS PC |
| 114 | State of Mississippi | 989 Ellis Avenue | Jackson | MS | 39209-6256 | KS2 MS PC |
| 115 | State of Mississippi | 4463 North State St | Jackson | MS | 39206-5306 | KS2 MS PC |
| 116 | State of Mississippi | 401 S Gloster Ste 101 | Tupelo | MS | 38801-5540 | KS2 MS PC |
| 117 | State of Arizona | 2990 South 6th Avenue | Tucson | AZ | 85713-4705 | KS AZ-2, PC |
| 118 | State of Arizona | 5504 E 22nd Street, Suite 140 | Tucson | AZ | 85711-5540 | KS AZ-2, PC (Formerly KS AZ-4, PC, merged 1/1/2015) |
| 119 | State of Arizona | 2383 West 24th Street, Suite 120 | Yuma | AZ | 85364-7709 | KS AZ-2, PC (Formerly KS AZ-3, PC, merged 1/1/2015) |
| 120 | State of Arizona | 3554 W. Glendale | Phoenix | AZ | 85051-8958 | KS AZ-1, PC |
| 121 | State of Arkansas | 5111 Rogers Avenue Suite 1 | Ft. Smith | AR | 72903-2047 | Paul Walker, DDS PA |
| 122 | State of Arkansas | 2000 S. University Ave. Suite K | Little Rock | AR | 72204-3600 | Paul Walker, DDS PA |
| 123 | State of Arkansas | 2801 South Olive Street, Suite 36-C | Pine Bluff | AR | 71603-5433 | Paul Walker, DDS PA |
| 124 | Commonwealth of Kentucky | 201 Towne Dr | Elizabethtown | KY | 42701-8466 | Kool Smiles, PSC |
| 125 | Commonwealth of Kentucky | 1301 Winchester Rd. Suite 225 | Lexington | KY | 40505-2140 | Kool Smiles, PSC |
| 126 | Commonwealth of Kentucky | 3510 Bardstown Road | Louisville | KY | 40218-2206 | Kool Smiles, PSC |
| 127 | Commonwealth of Kentucky | 1211 W Broadway, Suite 106 | Louisville | KY | 40203-2032 | Kool Smiles, PSC |
| 128 | State of Oklahoma | 1200 South Air Depot Blvd., Suite A | Midwest City | OK | 73110-4866 | Kool Smiles OK, PC |
| 129 | State of New Mexico | 1300 El Paseo Road, Suite N | Las Cruces | NM | 88001-6024 | KS2 NM PC |
| 130 | State of Washington | 8104 Evergreen Way, Suite B, Mailbox #3 | Everett | WA | 98203-6419 | Mayfield DMD, PC |
| 131 | State of Washington | 524 E. Francis Avenue | Spokane | WA | 99208-1038 | Mayfield DMD, PC |
| 132 | State of Washington | 7809 N.E. Vancouver Plaza Drive, Unit B-210 | Vancouver | WA | 98662-6643 | Mayfield DMD, PC |
| 133 | District of Columbia | 1531 Maryland Ave. | Washington | DC | 20002-7604 | Kool Smiles DC, PC |